IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| DONALD FOSTER, #1038609 | § | |
| VS. | § | CIVIL ACTION NO. 9:05cv40 |
| DIRECTOR, TDCJ-CID | § | |

FINAL JUDGMENT

The Court considered Petitioner's case, rendered the Court's decision by opinion issued this date, and **ORDERS** that this action is **DISMISSED WITH PREJUDICE**.

**SIGNED** this the **18** day of **August, 2005.**

Thad Heartfield
United States District Judge